UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | | |
|---|---|---|---|
| CASE NUMBER: | 11-68628-BEM | TRUSTEE: | S. GREGORY HAYS |
| CASE NAME: | WAYNE BREWSTER<br>MARLENE BREWSTER | 341 DATE:<br>RESET DATES: | 06/13/2017<br>07/11/2017<br>08/01/17<br>08/22/17<br>09/19/17<br>10/10/17<br>11/07/17 |
| JUDGE: | BARBARA ELLIS-MONRO | TIME:<br>RESET TIME: | 08:30 AM<br>11:00 AM on all |

## APPEARANCES

| | PRESENT | ABSENT |
|---|---|---|
| DEBTOR 1:<br>Wayne Brewster | ☒ | ☐ |
| DEBTOR 2:<br>Marlene Brewster | ☐ | ☒ |
| DEBTOR'S ATTORNEY:<br>Sweta Patel | ☒ | ☐ |

RESULTS OF MEETING

**Failure of co-debtor to appear to the first through seven 341 Meeting of Creditors.**

---

**REQUEST TO DISMISS CASE FOR FAILURE TO APPEAR FOR ALL CONTINUED 341 MEETINGS**

The undersigned certifies under penalty of perjury that the co-Debtor has failed seven times to appear at the Section 341 Meeting and recommends that a dismissal order be entered against:

|  | Debtor | Spouse |
|---|---|---|
| Check appropriate box(es): | ☐ | ☒ |

DATED: July 27, 2018                              /s/ S. Gregory Hays
                                                                S. GREGORY HAYS, CHAPTER 7 TRUSTEE