UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Wayne Lee Brewster**
55 Oakmont Lane
Covington, GA 30016

xxx−xx−6199

**Marlene Williams Brewster**
55 Oakmont Lane
Covington, GA 30016

xxx−xx−2921

Case No.: **11−68628−sms**
Chapter: **7**
Judge: **Sage M. Sigler**

## ORDER OF DISMISSAL FOR FAILURE TO APPEAR AT SECTION 341 MEETING OF CREDITORS

Whereas the debtor has failed to attend the meeting of creditors pursuant to 11 U.S.C. Section 341; and after consideration and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The above−styled case is dismissed; and,

2. Any unpaid filing fees are due payable by the Debtor(s) to the Clerk of Court immediately.

**IT IS FURTHER ORDERED** that a copy of this order be mailed to the Debtor(s), the attorney for the Debtor(s), the Trustee, the United States Trustee, all creditors and other parties in interest.

_____
Sage M. Sigler
United States Bankruptcy Judge

Dated:    July 30, 2018

Form 185