**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In Re: | **Wayne Lee Brewster**<br>55 Oakmont Lane<br>Covington, GA 30016<br><br>**xxx−xx−6199**<br><br>**Marlene Williams Brewster**<br>55 Oakmont Lane<br>Covington, GA 30016<br><br>**xxx−xx−2921**<br><br>Debtor(s) | )<br>)  Case No.: **11−68628−sms**<br>)  Chapter:  **7**<br>)<br>)<br>) |

## ORDER VACATING ORDER

On July 30, 2018, the Clerk issued an order entitled Order Dismissing Ch. 7 Case for Joint Debtor – Failure to Appear at Meeting of Creditors in error. Accordingly, it is hereby

ORDERED that the Order Dismissing Ch. 7 Case for Joint Debtor – Failure to Appear at Meeting of Creditors entered July 30, 2018 is hereby ***VACATED*** in its entirety.

The Clerk is directed to serve a copy of this Order upon Debtor, Debtor's Counsel, if any, the Trustee, and any parties in interest.

SO ORDERED, ON July 30, 2018.

_____
UNITED STATES BANKRUPTCY JUDGE

Dated: July 30, 2018

Form orvacor −11/2016