## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

| | |
|---|---|
| In Re: Debtor(s)<br>**Marlene Williams Brewster**<br>55 Oakmont Lane<br>Covington, GA 30016<br><br>**xxx−xx−2921** | Case No.: **11−68628−sms**<br>Chapter: **7**<br>Judge: **Sage M. Sigler** |

## ORDER OF DISMISSAL FOR FAILURE TO
## APPEAR AT SECTION 341 MEETING OF CREDITORS

Whereas the debtor has failed to attend the meeting of creditors pursuant to 11 U.S.C. Section 341; and after consideration and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The above−styled case is dismissed; and,

2. Any unpaid filing fees are due payable by the Debtor(s) to the Clerk of Court immediately.

**IT IS FURTHER ORDERED** that a copy of this order be mailed to the Debtor(s), the attorney for the Debtor(s), the Trustee, the United States Trustee, all creditors and other parties in interest.

_Sage M. Sigler_
_____
Sage M. Sigler
United States Bankruptcy Judge

Dated:   July 30, 2018

Form 185