UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

WAYNE LEE BREWSTER
MARLENE WILLIAMS BREWSTER

CASE NO. 11-68628-SMS

CHAPTER 7

Debtors.

## WITHDRAWAL OF TRUSTEE'S REPORT OF NO DISTRIBUTION

I, S. Gregory Hays, the Chapter 7 Trustee in the above-referenced case, hereby withdraw the Trustee's Report of No Distribution filed electronically on November 7, 2017.

This 2nd day of August, 2018.

    /s/   S. Gregory Hays
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste. 555
Atlanta, GA 30305
(404) 926-0060