Document    Page 1 of 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| WAYNE LEE BREWSTER<br>MARLENE WILLIAMS BREWSTER | CASE NO. 11-68628 SMS |
| Debtors. | |

**CHAPTER 7 TRUSTEE'S REPORT OF NO DISTRIBUTION
FOR DEBTOR WAYNE LEE BREWSTER**

I, S. Gregory Hays, having been appointed trustee of the estate of the above-named debtors, report the filing of a Report of No Distribution as to the Debtor, Wayne Lee Brewster. I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the Debtor and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor, Wayne Lee Brewster, has been fully administered. I request that I be discharged from any further duties as trustee.

This 6th day of August, 2018.

                                                           /s/
                                                          S. Gregory Hays
                                                          Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305-2153
(404) 926-0060